UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                          Criminal No. 12-cr-0032-01-JL

<u>George England</u>

## O R D E R

The assented to motion to reschedule jury trial (document no. 14) filed by defendant is granted; Final Pretrial is rescheduled to August 29, 2012 at 11:30 a.m.; Trial is continued to the two-week period beginning September 5, 2012, 9:30 a.m. No further continuances without good cause.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                            _____
                                            Joseph N. Laplante
                                            Chief Judge

Date: June 28, 2012

cc: Bjorn R. Lange, AFD
    Robert J. Veiga, AUSA
    U.S. Marshal
    U.S. Probation